# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 18, 2024

## NO. 03-24-00472-CR

**Terry Ray Leggett, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction entered by the trial court. The Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.